# EXHIBIT B

22CV095248 - MESSER, MARK vs. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

## SUMMARY

| | | |
|---|---|---|
| **Judge:** ODA II, DONALD E. | **Court Type:** CIVIL | **Case Type:** OTHER CIVIL |
| **Case Number:** 22CV095248 | **Uniform Case Number:** 2022CV095248CVHXMX | **Status:** OPEN |
| **Clerk File Date:** 6/23/2022 | **Status Date:** 6/23/2022 | **Waive Speedy Trial:** ☐ |
| **Total Fees Due:** 0.00 | **Custody Location:** | **Agency:** |
| **Agency Report Number:** | | |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PRIMARY DEF. | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | |
| ADD. PLAINTIFF | MESSER, JENNIFER | |
| PLAINTIFF | MESSER, MARK | BROWN, MATTHEW S (Main Attorney) |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| | | No Events on Case | | |

## OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | CVJ | CIVIL DEPOSIT WITH JURY DEMAND | $87.00 | $87.00 | $0.00 | $0.00 | | 07/23/2022 |
| 2 | CVJA | CIVIL DEPOSIT WITH JURY DEMAND AMOUNT | $313.00 | $313.00 | $0.00 | $0.00 | | 07/23/2022 |

Total Outstanding: $0.00

## RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| **6/23/2022** | 382334 | $400.00 |

## CASE DOCKETS

| DATE | ENTRY |
|---|---|
| 7/7/2022 | SUMMONS SUCCESSFUL SERVICE BY CERTIFIED MAIL ISSUED 6/28/22 TO: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY: CM ON ? BY DANIEL KELLEY |
| 6/28/2022 | LABELS ONLY |
| 6/28/2022 | SUMMONS ISSUED. REASON: COMPLAINT FOR BREACH OF CONTRACT DECLARATORY JUDGMENT AND BAD FAITH |
| 6/28/2022 | SUMMONS SENT TO BE SERVED BY CERTIFIED MAIL ISSUED TO: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY |
| 6/27/2022 | FILE FOLDER LABEL |
| 6/23/2022 | COMPLAINT FILED |
| 6/23/2022 | ATTORNEY: BROWN, MATTHEW S ASSIGNED |
| 6/23/2022 | JUDGE ODA II, DONALD E.: ASSIGNED |
| 6/23/2022 | CASE FILED 06/23/2022 CASE NUMBER 22CV095248 |

**EXHIBIT B**
**TO ALLSTATE'S NOTICE OF REMOVAL**