# EXHIBIT D

RH #21-23860 - July 28, 2022
Attorneys for Defendant Allstate Vehicle and Property Insurance Company

IN THE COURT OF COMMON PLEAS
WARREN COUNTY, OHIO

| | | |
|---|---|---|
| **Mark Messer,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 22 CV 095248 |
| vs. | : | Hon. Donald E. Oda II |
| **Allstate Vehicle and Property Insurance Company,** | : | **NOTICE OF REMOVAL** |
| Defendant. | : | |
| | : | |

**Please take notice** that Defendant Allstate Vehicle and Property Insurance Company ("Allstate") is filing a Notice of Removal in the United States District Court for the Southern District of Ohio, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332. This action is being removed from the Warren County Court of Common Pleas to the United States District Court for the Southern District of Ohio, together with copies of all necessary filings required by law. A copy of the Notice of Removal being filed in the United States District Court for the Southern District of Ohio is attached hereto as **Exhibit A**.

Dated: July 28, 2022

Respectfully submitted,

ROLFES HENRY CO., LPA

_/s/ Jason P. Walker_____
Jason P. Walker (0079535)
Ryan M. Pelfrey (0099660)

**EXHIBIT D**
**TO ALLSTATE'S NOTICE OF REMOVAL**

2

                                                41 South High Street, Suite 2300
Columbus, OH 43215
Phone: 614-469-7130
Fax:    614-469-7146
jwalker@rolfeshenry.com
rpelfrey@rolfeshenry.com

***ATTORNEYS FOR DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY***

2

**EXHIBIT D**
**TO ALLSTATE'S NOTICE OF REMOVAL**

## **CERTIFICATE OF SERVICE**

I certify that on July 28, 2022, I served the foregoing document upon Plaintiffs by emailing a true and accurate copy thereof to the email address of Plaintiffs' counsel of record:

Matthew S. Brown (0077687)
Carlile Patchen & Murphy LLP
950 Goodale Boulevard, Suite 200
Columbus, Ohio 43212
Phone:  (614) 228-6135
Fax:     (614) 221-0216
Email:  mbrown@cpmlaw.com

*ATTORNEY FOR PLAINTIFFS*
*MARK MESSER AND JENNIFER MESSER*

                                            Jason P. Walker (0079535)

**EXHIBIT D**
**TO ALLSTATE'S NOTICE OF REMOVAL**