# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM STATE COURT

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: _____

Case number and caption:

| _____ | _____ | vs | _____ |
| Case Number | Plainfiff(s) | | Defendant(s) |

Jury Demand Made in State Court: ☐ Yes ☐ No

If "Yes," by which party and on what Date:

_____  _____
Party                                       Date

Were there parties not served prior to removal? ☐ Yes ☐ No

Were there parties dismissed/terminated prior to removal? ☐ Yes ☐ No

Were there answers filed in State Court? ☐ Yes ☐ No

Is there a pending TRO in State Court? ☐ Yes ☐ No

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal? ☐ Yes ☐ No

If your answer is "No", when will they be filed: _____

List the parties that are removing the case:
_____  _____
_____  _____
_____  _____

| **Parties Not Served** | **Parties Dismissed** | **Answers Filed** |
| --- | --- | --- |
| *I.E. Defendant John Doe* | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* |

| **Party and Type** | **Attorney(s)** |
| --- | --- |
| *I.E. Plaintiff John Doe*<br><br>Mark Messer<br>25 West Orchard Avenue<br>Lebanon, Ohio 45036<br><br>&<br><br>Jennifer Messer<br>25 West Orchard Avenue<br>Lebanon, Ohio 45036<br><br>PLAINTIFFS<br><br>v.<br><br>Allstate Vehicle and Property Insurance Company<br>c/o CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, Ohio 43219<br><br>DEFENDANT | *I.E. Attorney(s) Name*<br>*Firm*<br>*Address*<br>*City, State, Zip*<br>*Telephone and Fax Number*<br>*Supreme Court Number*<br><br>For Plaintiffs: Matthew S. Brown (0077687)<br>Carlile Patchen & Murphy LLP<br>950 Goodale Boulevard, Suite 200<br>Columbus, Ohio 43212<br>Phone: (614) 228-6135<br>Fax: (614) 221-0216<br>Email: mbrown@cpmlaw.com<br><br>For Defendant: Jason P. Walker (0079535)<br>Ryan M. Pelfrey (0099660)<br>Rolfes Henry Co., LPA<br>41 South High Street, Suite 2300<br>Columbus, Ohio 43215<br>Phone: (614) 469-7130<br>Fax: (614) 469-7146<br>Email: jwalker@rolfeshenry.com<br>rpelfrey@rolfeshenry.com |

USE A SEPARATE SHEET OF PAPER IF NECESSARY