UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____,  :  Case No. _____
:
    Plaintiff(s),  :
:  District Judge _____
vs.  :  Magistrate Judge _____
:
:  RULE 26(f) REPORT OF PARTIES
_____,  :  (to be filed not later than seven
:  days prior to the preliminary pretrial
    Defendant(s).  :  conference)

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on _____, and was attended by:

_____, counsel for plaintiff(s)_____,

_____, counsel for plaintiff(s)_____,

_____, counsel for plaintiff(s)_____,

_____, counsel for defendant(s)_____,

_____, counsel for defendant(s)_____,

_____, counsel for defendant(s)_____,

_____, counsel for defendant(s)_____,

2. The parties:

____ have provided the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1), including a medical package (if applicable).

____ will exchange such disclosures by _____.

____ are exempt from disclosure under Fed. R. Civ. P. 26(a)(1)(E).

3. The parties:

____ unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

____ do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

____ unanimously give contingent consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), for trial purposes only, in the event that the assigned District Judge is unavailable on the date set for trial (e.g., because of other trial settings, civil or criminal).

4. Recommended cut-off date for filing of motions directed to the pleadings:

_____

5. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: _____

6. Recommended discovery plan:

   a. Describe the subjects on which discovery is to be sought and the nature, extent and scope of discovery that each party needs to: (i) make a settlement evaluation, (ii) prepare for case dispositive motions, and (iii) prepare for trial: _____
   _____
   _____
   _____

b. What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules of this Court, including the limitations to 25 interrogatories/requests for admissions and the limitations of 10 depositions, each lasting no more than one day consisting of seven (7) hours?

_____

_____

_____

_____

c. Additional recommended limitations on discovery:

_____

_____

_____

_____

d. Recommended date for the disclosure of lay witnesses:

_____

e. Describe the areas in which expert testimony is expected and indicate whether each expert had been or will be specifically retained within the meaning of Fed. R. Civ. P. 26(a)(2).

_____

_____

_____

_____

f. Recommended date for disclosure and report of Plaintiff(s) expert(s):

_____

g.  Recommended date for disclosure and report of Defendant(s) expert(s):

_____

h.  Recommended date for disclosure and report of rebuttal expert(s):

_____

i.  Discovery of Electronically Stored Information: The parties have discussed disclosure, discovery, and preservation of electronically stored information, including the form or forms in which it should be produced.

    _____ Yes

    _____ No

      i.  The parties have electronically stored information in the following formats:

_____

_____

      ii.  The case presents the following issues relating to disclosure, discovery or preservation of electronically stored information, including the form or forms in which it should be produced:

_____

_____

_____

_____

j.  Claims of Privilege or Protection. The parties have discussed issues regarding the protection of information by privilege or the work-product doctrine, including whether the parties agree to a procedure to assert these claims after production or have any other agreements under Fed. R. Evid. 502.
    _____ Yes

    _____ No

      i.    The case presents the following issues relating to claims of privilege or of protection as trial preparation materials:

_____

_____

_____

      ii.    Have the parties agreed on a procedure to assert such claims **AFTER** production?

\_\_\_\_\_ No

\_\_\_\_\_ Yes

\_\_\_\_\_ Yes, and the parties ask that the Court include their agreement in an order.

7. Recommended discovery cut-off date: _____

8. Recommended dispositive motion date: _____

9. Recommended date for status conference (if any): _____

10. Suggestions as to type and timing of efforts at Alternative Dispute Resolution:

_____

_____

_____

11. Recommended date for a final pretrial conference: _____

12. Has a settlement demand been made? _____ A response? _____

    Date by which a settlement demand can be made: _____

    Date by which a response can be made: _____

13. Other matters pertinent to the scheduling or management of this litigation:

_____

_____

_____

Signatures:

Attorney(s) for Plaintiff(s):					Attorney(s) for Defendants(s):


_____			_____
Ohio Bar # _____			Ohio Bar # _____
Trial Attorney for _____			Trial Attorney for _____


_____			_____
Ohio Bar # _____			Ohio Bar # _____
Trial Attorney for _____			Trial Attorney for _____


_____			_____
Ohio Bar # _____			Ohio Bar # _____
Trial Attorney for _____			Trial Attorney for _____


_____			_____
Ohio Bar # _____			Ohio Bar # _____
Trial Attorney for _____			Trial Attorney for _____


_____			_____
Ohio Bar # _____			Ohio Bar # _____
Trial Attorney for _____			Trial Attorney for _____