UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK MESSER, *et al.*, | : | Case No. 1:22-cv-438 |
|     Plaintiffs, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| ALLSTATE VEHICLE AND PROPERTY INS. CO., | : | |
| | : | |
|     Defendant. | : | |

**CALENDAR ORDER**

This civil action came before the Court for a Preliminary Pretrial Conference by telephone on December 6, 2022 at 11:30 a.m.  Attorneys Matthew Brown and Jason Walker participated.  The Court enters the following Calendar Order:

| | |
|---|---|
| Status Conference (Telephone):[1] | **January 9, 2023 at 12:30 p.m.** |
| Lay witness disclosures: | **February 10, 2023** |
| Plaintiffs' and Defendant's expert designation(s) and report(s): | **June 30, 2023** |
| Rebuttal expert designations: | **August 31, 2023** |
| Discovery deadline: | **September 15, 2023** |
| Dispositive motion deadline:[2] | **November 10, 2023** |
| Final Pretrial Conference:[3] | **March 11, 2024 at 11:00 a.m.** |
| Jury Trial: | **March 18, 2024 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Date:   12/6/2022

                                                                                            *s/Timothy S. Black*
                                                                                            Timothy S. Black
                                                                                            United States District Judge

---

[1] COUNSEL SHALL CALL:  1-888-684-8852; Access Code: 8411435; Security Code: 123456, and wait for the Court to join the conference.

[2] See Standing Order Governing Civil Motions for Summary Judgment: https://www.ohsd.uscourts.gov/judge-timothy-s-black-standing-orders

[3] To be held in Cincinnati Chambers, Room 815.