# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARK MESSER, *et al.*, | : | Case No. 1:22-cv-438 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| ALLSTATE VEHICLE AND PROPERTY INS. CO., | : | |
| Defendant. | : | |

## AMENDED CALENDAR ORDER

The Court enters the following Amended Calendar Order:

| | |
|---|---|
| Primary expert designation(s) and report(s): | **August 15, 2023** |
| Rebuttal expert designation(s) and report(s): | **September 29, 2023** |
| Discovery deadline: | **October 30, 2023** |
| Dispositive motion deadline:[1] | **December 8, 2023** |
| Final Pretrial Conference:[2] | **April 8, 2024 at 11:00 a.m.** |
| Jury Trial: | **April 22, 2024 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Date:  6/5/2023

*s/Timothy S. Black*
Timothy S. Black
United States District Judge

---

[1] See Standing Order Governing Civil Motions for Summary Judgment: https://www.ohsd.uscourts.gov/judge-timothy-s-black-standing-orders

[2] To be held in Cincinnati Chambers, Room 815.