# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| **MARK MESSER,** | : |  |
|  | : | CASE NO. 1:22-CV-00438 |
| Plaintiff, | : |  |
|  | : | JUDGE TIMOTHY S. BLACK |
| **-vs.-** | : |  |
|  | : |  |
| **ALSTATE VEHICLE AND PROPERTY,** | : |  |
| Defendant. | : |  |

## NOTICE OF DEPOSITION OF PLAINTIFFS

Please take Notice that Allstate, by and through counsel, shall take the deposition of Plaintiffs' Mark Messer and Jennifer Messer upon oral examination and under oath, pursuant to the Ohio Rules of Civil Procedure, on Friday **April 26, 2024 starting at 9:00 a.m.** at Carlile Patchen & Murphy, LLP, 950 Goodale Blvd., Suite 200, Columbus, OH 43212.

Said depositions will be taken by a notary public or other official authorized by Ohio law to administer oaths, and shall continue from day to day until complete.

Respectfully submitted,

*/s/ David W. Orlandini*

**DAVID W. ORLANDINI  (0064850)**
dorlandini@cruglaw.com
**COLLINS, ROCHE, UTLEY & GARNER, LLC**
655 Metro Place South, Suite 200
Dublin, Ohio 43017
Phone:  1-614-901-9600
Fax:  1-614-902-2723
*Attorney for Allstate Vehicle and Property Insurance Co.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served this 19th day of April 2024 via the Court's electronic system to the following:

Matthew S. Brown
366 E. Broad St.
Columbus, OH 43215
mbrown@cpmlaw.com
*Counsel for Plaintiffs*

*/s/ David W. Orlandini*
_____
**David W. Orlandini (0064850)**
*Attorney for Defendant, Allstate Vehicle and Property Insurance Co.*