UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Mark Messer, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No.  1:22-cv-00438 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| Allstate Vehicle and Property Insurance Company, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF REMOTE VIDEO DEPOSITION OF LORI DAVIS

Plaintiffs, by and through counsel, shall take the deposition of Lori Davis on July 18, 2024 at 9:00 a.m. EST.  Said deposition shall be taken remotely using ZOOM or similar video technology. The deposition will be recorded by stenographic means and will be recorded by videotape. The deposition shall be used for all purposes permitted under the Federal Rules of Civil Procedure.  This deposition shall be taken remotely with the oath being administered by a court reporter who is not physically present with the deponent.

Respectfully submitted,

**CARLILE PATCHEN & MURPHY LLP**

*/s/ Matthew S. Brown*
Matthew Brown (0077687)
366 East Broad Street
Columbus, Ohio 43215
Tel: (614) 228-6135
Fax: (614) 221-0216
Email:  mbrown@cpmlaw.com

*Counsel for Plaintiffs, Mark Messer and Jennifer Messer*

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that the foregoing was filed with the Court's electronic filing system on this 3rd day of June, 2024, and that copies of the same were served via the Court's electronic system on the following:

David W. Orlandini
COLLINS, ROCHE, UTLEY &
GARNER, LLC.
655 Metro Place South, Suite 200
Dublin, Ohio 43017
Email: dorlandini@cruglaw.com
*Attorneys for Defendant*
*Allstate Vehicle and Property Ins. Co.*

                                      /s/ *Matthew S. Brown*
                                      Matthew S. Brown (0077687)