# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARK MESSER, *et al.*, | : | Case No. 1:22-cv-438 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

## THIRD AMENDED CALENDAR ORDER

Pursuant to the Court's June 21, 2024 Notation Order, the Court hereby enters the following Third Amended Calendar Order:

| | |
|---|---|
| Discovery Deadline: | **May 15, 2024** |
| Primary Expert Report(s): | **May 30, 2024** |
| Rebuttal Expert Report(s): | **June 27, 2024** |
| Dispositive motion deadline:[1] | **July 31, 2024** |
| Final Pretrial Conference:[2] | **October 28, 2024 at 2:00 p.m.** |
| Jury Trial: | **November 4, 2024 at 9:30 a.m.** |

**IT IS SO ORDERED.**

Date:  6/21/2024

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge

---

[1] *See* Standing Order Governing Civil Motions for Summary Judgment: https://www.ohsd.uscourts.gov/judge-timothy-s-black-standing-orders

[2] To be held in Cincinnati Chambers, Room 815.