# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Mark Messer, *et al.*, | : |
| Plaintiffs, | : Case No. 1:22-cv-00438 |
| v. | : Judge Timothy S. Black |
| Allstate Vehicle and Property Insurance Company, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come Plaintiffs Mark and Jennifer Messer and Defendant Allstate Vehicle and Property Insurance Company, by and through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and having entered into a confidential settlement agreement resolving all disputes between them hereby respectfully stipulate to Plaintiff's dismissal of all claims and causes of action related to the above-captioned litigation with prejudice.

Respectfully submitted,

| | |
|---|---|
| CARLILE PATCHEN & MURPHY LLP | COLLINS, ROCHE, UTLEY & GARNER, LLC |
| */s/ Matthew S. Brown* | */s/ David W. Orlandini* |
| Matthew S. Brown (0077687) | David W. Orlandini (0064850) |
| 950 Goodale Blvd, Suite 200 | Gregory H. Collins (0040230) |
| Columbus, Ohio 43212 | 655 Metro Place South, Suite 200 |
| Tele: (614) 228-6135 | Dublin, Ohio 43017 |
| Fax: (614) 221-0216 | Tele: (614) 901-9600 |
| Email: mbrown@cpmlaw.com | Fax: (614) 901-2723 |
| *Attorney for Plaintiffs Mark Messer and Jennifer Messer* | Email: dorlandini@cruglaw.com |
| | Email: gcollins@cruglaw.com |
| | *Attorneys for Defendant Allstate Vehicle and Property Insurance Company* |

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically on this 3rd day of September, 2024.  Notice of this filing will be sent to all parties through the court's electronic filing system.  Parties may access this filing through the court's electronic system.

                                                               /s/ Matthew S. Brown
                                                               Matthew S. Brown (0077687)

035526.000002

2